








```
KSR    4/18/01    8:41
3:01-CV-00671   DEAL V. SAN DIEGO TRUX
*1*
*CMP.*
```

HOWARD E. KING, JR., ESQ.
9845 Erma Road, Suite 201
San Diego, California 92131
State Bar Number 103002
Telephone: (858) 551-1540

Attorney for Plaintiff,
DAVID DEAL

FILED
01 APR 17 PM 2:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: KRidgeway  DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DEAL,<br>　　　　　Plaintiff,<br>vs.<br>SAN DIEGO TRUX, a California business, JOHN LAWRENCE, an individual, PAUL MCGINNIS, an individual, AARON HOLLINS dba ONLINE OUTFITTERS, and DOES 1 through 100, inclusive.<br>　　　　　Defendants. | CASE NO. 01 CV 0671 H (NLS)<br><br>COMPLAINT FOR VIOLATION OF COPYRIGHT |

Plaintiff, David Deal, alleges as follows:

1. Defendant, SAN DIEGO TRUX, is and at all times mentioned herein was a California business, form unknown to plaintiff, and doing business in San Diego County, State of California

2. Upon information and belief, defendant JOHN LAWRENCE is and at all times mentioned herein was an individual residing in San Diego County, State of California.

3. Upon information and belief, defendant PAUL MCGINNIS, is and at all times mentioned herein was and individual residing in San Diego County, State of California.

1

4. Defendant AARON HOLLINS dba ONLINE OUTFITTERS, is and at all times mentioned herein was an individual doing business under such fictitious name in the County of San Diego, State of California.

5. Plaintiff is ignorant of the true identities of defendants sued as DOES 1 through 100, inclusive and therefore sues such defendants by fictitious names. Plaintiff will amend this complaint to allege the true identity of Does 1 through 100, inclusive as such becomes known to him. Plaintiff alleges that each of the fictitiously named Does is the agent, servant, employee of all the remaining defendants and each defendant is responsible for the acts and omissions herein plead.

6. Prior to August 15, 1989, plaintiff, who was then and ever since has been a citizen of the United States, created an original caricature artwork titled "OFFROAD TOYOTA 4X4 I.F.S." on or about August 15, 1991 a Certificate of Copyright Registration, number VA 468 539 was issued to Plaintiff for original caricature artwork titled "OFFROAD TOYOTA 4X4 I.F.S."

7. Between July 30, 1991 and August 15, 1991 plaintiff complied in all repects to all laws governing copyright and secured the exclusive rights and privileges in and to the copyright of said original artwork and received from the Registrar of Copyrights a Certificate of Copyright Registration, number VA 468 539 is attached to this

complaint and marked as Exhibit "1". Plaintiff is the owner of a valid copyright.

8. Since August 15, 1991 said artwork has been published by plaintiff and all copies of it made by plaintiff or under his authority or license and published in strict conformity with all laws governing copyright.

9. That on or about October 2000, the Defendants and each of them began to copy Plaintiffs work in its entirety and original elements thereof for the use on T-shirts, flyer-type handouts and a website all in violation of Plaintiffs rights.

10. A copy of plaintiffs copyrighted artwork is attached as Exhibit "1" and a copy of defendants infringing T-shirts, flyers and website are attached as Exhibits "2", "3" and "4" respectively.

11. Plaintiff has notified the defendants that they are infringing on plaintiff's copyright, and defendants have continued to infringe on the copyright.

12. Plaintiff has been damaged in an amount unascertained at this time and to be proven at trial.

13. Plaintiff has retained an attorney to prosecute the violation of his rights and has been forced to expend monies as costs in this matter. Plaintiff requests the Court award attorney's fees and costs pursuant to the applicable title and section of the code.

14. After August 15, 1991 and continuously since October 2000, defendants have been publishing, selling and

maintaining the subject T-shirts, flyers and websute and have engaged in unfair trade practices and unfair competition against plaintiff to plaintiff's irreparable damage.

15. Plaintiff will suffer irreparable harm unless Defendants are enjoined from the continued violation and use of the Plaintiff's copyright. Plaintiff requests that Defendants be permanently enjoined from such continued violation and use of Plaintiff's artwork.

WHEREFORE THE PLAINTIFF PRAYS JUDGEMENT AGAINST THE DEFENDANTS AS FOLLOWS:

   For judgment for the Plaintiff;

   For damages in an amount to be proven at trial;

   For statutory damages pursuant to 17 USC 504;

   For attorneys fees and costs;

   For an order enjoining defendants from the continued violation and use of plaintiffs copyright;

   For such further and other relief as the Court deems proper.

Respectively Submitted:

Dated 3-15-2001

HOWARD E. KING, JR.
ATTORNEY FOR PLAINTIFF

4

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

REGISTRATION NUMBER

VA 468 539

VA    VAU

EFFECTIVE DATE OF REGISTRATION

Aug 15 1991
(Month) (Day) (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**1 Title**

TITLE OF THIS WORK: OFF ROAD TOYOTA 4X4 I.F.S.

NATURE OF THIS WORK: INK DRAWING. FOR 'T' SHIRT.

Previous or Alternative Titles:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ___ Vol ___ No ___ Date ___ Pages ___

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1  NAME OF AUTHOR: DAVID A. DEAL  PSEUDONYM "BIG DEAL"
DATES OF BIRTH AND DEATH: Born 1938  Died

Was this author's contribution to the work a "work made for hire"? Yes ___ No X

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA or Domiciled in ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ___ No X
Pseudonymous? Yes X No ___

AUTHOR OF: ORIGINAL CARICATURE ARTWORK.

2  NAME OF AUTHOR:
DATES OF BIRTH AND DEATH: Born ___ Died ___

3  NAME OF AUTHOR:
DATES OF BIRTH AND DEATH: Born ___ Died ___

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1989

DATE AND NATION OF FIRST PUBLICATION:
Date: FEB 28 1989
Nation: UNITED STATES OF AMERICA

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
DAVID A. DEAL
1651 MONTE VISTA DRIVE
VISTA, CALIFORNIA, 92084

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached • Sign the form at line 8

EX 1  1 of 3

DO NOT WRITE HERE
Page 1 of ___ pages

VA 468 539

| CHECKED BY CORRESPONDENCE | DEPOSIT RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| ☐ Yes | | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ___ No **X**
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form
  ☐ This is the first application submitted by this author as copyright claimant
  ☐ This is a changed version of the work, as shown by line 6 of the application
- If your answer is "Yes," give: Previous Registration Number___ Year of Registration___

**5** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.) [crossed out]

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.) [crossed out]

**6** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name ___
Account Number ___

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **DAVID A. DEAL**
Address **1651 MONTE VISTA DR**
**VISTA, CA. 92084**
(City) (State) (ZIP)

**7** Fee and Correspondence

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)
☒ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of ___
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _[signature]_
Typed or printed name **DAVID A. DEAL** Date **7-30-91**

**8** Certification (Application must be signed)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**DAVID A. DEAL** (Name)
**1651 MONTE VISTA DR.** (Number, Street and Apartment Number)
**VISTA, CA. 92084** (City) (State) (ZIP code)

**9** Address For Return of Certificate

EX 1   2 of 3

U.S. GOVERNMENT PRINTING OFFICE: 1980-311-425/4                                            Jan. 1980—500,000





EX 2   Tee-Shirt Art



(858) 678-0493 & www.sdtrux.com

Its Time! **LIZARD RUN '00**

## JOIN US FOR THE SEVENTH ANNUAL LIZARD RUN
## Games, Prizes, T-shirts, Food, Soda, and Off-Roading !

All are encouraged to come! Bring, a co-pilot, and/or the kids to Ocotillo (one hour east of Mission Valley off I-8) on **Saturday, October 14,** and join us as we travel through the beautiful Anza-Borego Desert. Explore the 'Mud' caves, drive the scenic fish creek. See the desert that just isn't seen any other way. Along the way each vehicle will pick up raffle tickets at each of our five checkpoints. After the buffet at the end of the run, great prizes will be raffled off. This run is planned as a day run so you can return the same day, but if you want to, you can camp overnight.

**PERFECT FOR BOTH FIRST-TIMERS AND EXPERIENCED!**
**Hundreds of dollars in great prizes!**

### Join us in the fun of a group off-road trip, with a catered meal in San Felipe wash

R.S.V.P. to John at (858) 678-0493, or see us at www.sdtrux.com
ALL THIS FOR ONLY $30 PER DRIVER, $20 FOR CO-PILOTS, AND $9.50 FOR KIDS(12 & under)
EACH PAID ENTRANT RECEIVES:
- AN EVENT TEE-SHIRT
- LAZY LIZARD BEVERAGE
- A BUFFET AT THE END WITH DRINKS
- A CHANCE AT GREAT PRIZES
- A DAY IN THE DESERT
- FUN, FUN, FUN
- A DUSTY VEHICLE






EX 3  flyer art

WE WILL BE TRAVELING THROUGH A STATE PARK AND EACH VEHICLE IS RESPONSIBLE FOR THEIR OWN $5.00 PARK FEE ALTHOUGH WE ARE PROVIDING THE FOOD AND ENTERTAINMENT AT THE END, EACH PERSON ATTENDING IS RESPONSIBLE FOR THEIR OWN AND THEIR VEHICLES SAFETY. TRUX INC. ASSUMES NO LIABILITY FOR PEOPLE OR THEIR VEHICLES, EACH ATTENDEE IS ALSO RESPONSIBLE FOR THEIR OWN CAMPING OR USE FEES. THOUGH WE WILL PRE-RUN THE SUGGESTED ROUTE, TRUX DOES NOT ASSUME A KNOWLEDGE OF YOUR VEHICLES SUITABILITY FOR THE TERRAIN, NOR ITS DRIVER'S ABILITY TO NEGOTIATE THE COURSE SUGGESTED AS A ROUTE TO THE GATHERING. TRUX ASSUMES NO RESPONSIBILITY NOR ANY LIABILITY FOR ANY DAMAGES OR INJURIES. BE CAREFUL AND **HAVE FUN!**



  

Welcome to our Online Store.



# The Lizard Run 2000



October is coming up fast. Sign-Up Today.

**Credit Card, C.O.D. and Checks**



Email Us



San Diego Trux 5814 - Miramar road S.D. CA 92121 - 858-678-0493 -Web Site Designed by:*Online Outfitters

EX  4  1 of 2     web site art



## A - Drivers
Driver R.S.V.P for the Lizard Run 2000



EACH PAID ENTRANT RECEIVES: AN EVENT TEE-SHIRT, LAZY LIZARD BEVERAGE, A DETAILED MAP OF THE RUN, A BUFFET AT THE END WITH DRINKS, A CHANCE AT GREAT PRIZES, A DAY IN THE DESERT, FUN, FUN, FUN, A DUSTY VEHICLE

Select:

**Choose a Shirt Size:**
- ◉ Small
- ○ Medium
- ○ Large
- ○ X Large
- ○ XX Large

**No Tax:** ◉ Please note that TAX will appear for this purchase, but won't be charged.

$ 30.00

[Submit]

[Search Store]  [Checkout]  [Browse Store]

EX 4   2 of 2   web site art

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>01CV0671H(NLS) | DATE FILED<br>04/17/01 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>DAVID DEAL | | DEFENDANT<br>SAN DIEGO TRUX, ET AL |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 VA 468 539 | OFF ROAD TOYOTA 4X4 I.F.S. | DAVID A. DEAL |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Register of Copyrights
Copy 3 - Upon termination of action, mail this copy to Register of Copyrights  Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal
Copy 5 - Case file copy

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| I.(a) PLAINTIFFS DAVID DEAL | DEFENDANTS SAN DIEGO TRUX, a California business<br>JOHN LAWRENCE, an individual<br>PAUL MCGINNIS, an individual<br>AARON HOLLINS, dba ONLINE OUTFITTERS |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF SAN DIEGO<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ~~SAN DIEGO~~<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>HOWARD E. KING, JR.<br>9845 ERMA ROAD, STE. 201<br>SAN DIEGO, CA 92131<br>858-551-1540 | ATTORNEYS (IF KNOWN)<br>'01 CV 0671 H (NLS) |

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- X 3 Federal Question (U.S. Government Not a Party)
- 2 U.S. Government Defendant
- 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | X 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY). 17 USC sec. 602. Defendants are publishing Plaintiffs copyright artwork. 17:0501

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| 110 Insurance | 310 Airplane | 362 Personal Injury- Medical Malpractice | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reappointment |
| 120 Marine | 315 Airplane Product Liability | | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 320 Assault, Libel & Slander | 365 Personal Injury - Product Liability | 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | 430 Banks and Banking |
| 140 Negotiable Instrument | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | X 820 Copyrights | 450 Commerce/ICC Rates/etc. |
| 150 Recovery of Overpayment & Enforcement of Judgment | | | 640 RR & Truck | 830 Patent | 460 Deportation |
| 151 Medicare Act | 340 Marine | | 650 Airline Regs | 840 Trademark | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | PERSONAL PROPERTY | 660 Occupational Safety/Health | **SOCIAL SECURITY** | 810 Selective Service |
| 153 Recovery of Overpayment of Veterans Benefits | 350 Motor Vehicle | 370 Other Fraud | 690 Other | 861 HIA (13958) | 850 Securities/Commodities Exchange |
| | 355 Motor Vehicle Product Liability | 371 Truth in Lending | **LABOR** | 862 Black Lung (923) | |
| 160 Stockholders Suits | | 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) | 875 Customer Challenge 12 USC |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 864 SSID Title XVI | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 740 Railway Labor Act | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | | | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Tort to Land | 444 Welfare | 535 Death Penalty | | | 950 Constitutionality of State |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | 890 Other Statutory Actions |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- X 1 Original Proceeding
- 2 Removal from State Court
- 3 Remanded from Appelate Court
- 4 Reinstated or Reopened
- 5 Transferred from another district (specify)
- 6 Multidistrict Litigation
- 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ 100,000.00 | Check YES only if demanded in complaint:<br>JURY DEMAND: YES NO |
|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | | Docket Number |
| DATE 3-15-2001 | | SIGNATURE OF ATTORNEY OF RECORD | |

CB $150 070346 04/17/01

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)