








MAM   5/16/01   14:41
3:01-CV-00671   DEAL V. SAN DIEGO TRUX
*4*
*CNTCLM.*

| | |
|---|---|
| 1 | JAY S. KOPELOWITZ (149652) |
| | KOPELOWITZ & ASSOCIATES |
| 2 | 101 West Broadway, Suite 1950 |
| | San Diego, California 92101-8220    01 MAY 15 PM 2:26 |
| 3 | Telephone: 619/232-7800 |
| 4 | Attorneys for Trux, Inc. d/b/a San Diego Trux, |
| | John Lawrence, Paul McGiven and Aaron Hollins |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID DEAL | ) | Case No. '01 cv 0671H (NLS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNTERCLAIM OF TRUX, INC., |
| vs. | ) | JOHN LAWRENCE AND PAUL |
| | ) | McGIVEN AGAINST DAVID |
| SAN DIEGO TRUX, a California business, JOHN LAWRENCE, an individual, PAUL McGINNIS, an individual, AARON HOLLINS dba ONLINE OUTFITTERS, and DOES 1 through 100, inclusive, | ) | DEAL; DEMAND FOR JURY TRIAL |
| | ) | |
| Defendants. | ) | |
| TRUX, INC. d/b/a SAN DIEGO TRUX, JOHN LAWRENCE, and PAUL McGIVEN, | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| vs. | ) | |
| DAVID DEAL, | ) | |
| | ) | |
| Counter-Defendant. | ) | |

Counterclaim　　　　　　　　　　　　　　　　　　　　　　　　　　ORIGINAL　　　　01 cv 0671H (NLS)

Counter-Claimants TRUX, INC. d/b/a SAN DIEGO TRUX, JOHN LAWRENCE and PAUL McGIVEN (collectively "Counter-Claimants") allege as follows:

1. Counter-Claimant TRUX, INC. ("TRUX") is a California corporation with its principal place of business in San Diego County, California.

2. Counter-Claimant JOHN LAWRENCE ("LAWRENCE") is an individual who resides in San Diego County, California.

3. Counter-Claimant PAUL McGIVEN ("McGIVEN") is an individual who resides in San Diego County, California.

4. On information and belief, Counter-Defendant DAVID DEAL ("DEAL") is an individual who resides in Vista, San Diego County, California.

## JURISDICTION AND VENUE

5. Jurisdiction and venue are proper under Rule 13 of the Federal Rules of Civil Procedure.

## FIRST CAUSE OF ACTION
### (Declaratory Relief/Invalidation of Copyright)

6. Counter-Claimants incorporate and reallege herein by reference paragraphs 1 through 5, inclusive, as though fully set forth herein.

7. Counter-Claimants seek a declaration from the Court declaring that Counter-Defendant DEAL's alleged copyrights are invalid.

8. With regard to Counter-Defendant DEAL's alleged copyrights, Counter-Claimants seek a declaration from the Court as to the registrations alleged to be held by Counter-Defendant DEAL:

(a) That the registrations were obtained fraudulently; and/or

(b) That the registrations and purported copyrights are not entitled to copyright protection because they are not original works of authorship; and/or

(c) That a substantial portion of the material in which DEAL claims copyrights was preexisting material which DEAL used unlawfully; and/or

(d) That a substantial portion of the material in which DEAL claims copyrights was created by others; and/or

(e) That Counter-Claimants use, if any, of the materials in which DEAL claims copyrights is a fair use or authorized use; and/or

(f) That DEAL cannot obtain statutory damages and/or attorney's fees under the Copyright Act because he failed to comply with 17 U.S.C. § 412.

## **PRAYER FOR RELIEF**

WHEREFORE, Counter-Claimants pray for judgment and relief as more specifically detailed in each cause of action against Counter-Defendant DAVID DEAL as follows:

1. Counter-Defendant DEAL's alleged registered copyrights be declared invalid;

2. That Counter-Defendant DEAL pay to Counter-Claimants the cost of this action, expenses, and reasonable attorney's fees; and

3. That Counter-Claimants have such other and further relief as the court may deem necessary or appropriate.

Respectfully submitted by:

Dated: May 15, 2001

JAY S. KOPELOWITZ
KOPELOWITZ & ASSOCIATES

_____
JAY S. KOPELOWITZ

101 West Broadway, Suite 1950
San Diego, California 92101-8220
Tel: 619/ 232-7800

Attorneys for Defendants Trux, Inc. d/b/a San Diego Trux, John Lawrence and Paul McGiven

## JURY DEMAND

Counter-Claimants Trux, Inc. d/b/a San Diego Trux, John Lawrence and Paul McGiven hereby demand a trial by jury.

Dated: May 15, 2001

Respectfully submitted by:

JAY S. KOPELOWITZ
KOPELOWITZ & ASSOCIATES

*/s/ Jay S. Kopelowitz*
JAY S. KOPELOWITZ

101 West Broadway, Suite 1950
San Diego, California 92101-8220
Tel: 619/ 232-7800

Attorneys for Defendants Trux, Inc. d/b/a San Diego Trux, John Lawrence and Paul McGiven

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is: <u>101 West Broadway, Suite 1950, San Diego, CA 92101</u>.

On <u>May 15, 2001</u> I served the foregoing documents described as:

**COUNTERCLAIM OF TRUX, INC., JOHN LAWRENCE AND PAUL McGIVEN AGAINST DAVID DEAL; DEMAND FOR JURY TRIAL**

upon the interested parties in this action by placing

[X] copies enclosed in sealed envelopes to:

Howard E. King, Jr.
9845 Erma Road, Suite 201
San Diego, California 92131

Tel: (858) 551-1540
Fax: (858) 578-0672

Counsel for Plaintiff and Counter-Defendant DAVID DEAL

[X] **BY REGULAR MAIL** by depositing such envelope with postage thereon fully prepaid in the United States mail at San Diego, California.

[ ] **BY FACSIMILE** by telecopier to the facsimile telephone numbers listed above.

I certify under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Dated: May 15, 2001 at San Diego, California.

_____
Christina Jimenez